UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZTEX ENERGY, LLC, VISTA ENERGY, LLC, and KERRY ZEMP, | Case. No. 1:11-CV-00007-LJO-JLT |
| Plaintiffs, | Hon. Jennifer L. Thurston<br>Date: September 19, 2011 |
| v. | |
| CREST OIL & GAS, LTD., CREST OIL & GAS MANAGEMENT CORP., EDWIN HORAN, III and DOES 1 to 100, inclusive, | |
| Defendants. | |

_____/

| | |
|---|---|
| Philip Ganong, Esq. (CSB # 88414) | Gregory J. Brod (CSB # 184456) |
| GANONG LAW OFFICE | BROD LAW FIRM, P.C. |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 930 Truxton Ave., Suite 203 | 633 Battery Street, Suite 110 |
| Bakersfield, CA 93301 | San Francisco, CA 94111 |
| FAX (661) 327-3337 | FAX (415) 397-2121 |

_____/

## STIPULATION AND [PROPOSED] ORDER RE: MID-DISCOVERY STATUS CONFERENCE

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant, through their respective counsel of record, and HEREBY ORDERED BY THIS COURT THAT:

The Mid-Discovery Status Conference, scheduled to take place at 10:00 a.m. on Monday, September 19, 2011, shall be advanced to 8:15 a.m.

IT IS SO STIPULATED.

                                            BROD LAW FIRM, P.C.
                                            Attorneys for Defendant CREST OIL & GAS, LTD.

Dated:  September 16, 2011                  By:__(signed electroically)_____
                                            GREGORY J. BROD (CSB # 184456)
                                            BROD LAW FIRM, P.C.
                                            633 Battery Street, Suite 110
                                            San Francisco, CA 94111
                                            Telephone: (415) 397-1130

                                            GANONG LAW OFFICE
                                            Attorneys for Plaintiffs

Dated:  September 16, 2011                  By:__(signed electroically)_____
                                            PHILIP GANONG, Esq. (CSB # 88414)
                                            GANONG LAW OFFICE
                                            930 Truxton Ave., Suite 203
                                            Bakersfield, CA 93301
                                            Telephone: (661) 327-3337

**ORDER**

     Good cause appearing, the Mid-Discovery Status Conference scheduled for September 19, 2011, is ADVANCED to 8:15 a.m. at 1200 Truxtun Avenue, Suite 120, Bakersfield, CA. Counsel are authorized to appear by telephone.  If more than one attorney wishes to appear by telephone a single conference call SHALL be placed to (661) 326-6624 once all attorneys are on the line.

IT IS SO ORDERED.

   Dated:   **September 16, 2011**                 _____**/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE